C. J. MOODY and C. J. Moody, as Project Manager of Flathead Reclamation Project, Appellant, v. Harry C. SMITH, Appellee.

SAME v. Harry W. WESTON, Appellee.

SAME v. Gustav NORDQUIST and John Nilson, Appellees.

No. 6784.

Circuit Court of Appeals, Ninth Circuit.
July 27, 1933.

As Amended on Denial of Rehearing Sept. 6, 1933.

Before WILBUR, Circuit Judge, and JAMES and NORCROSS, District Judges.

NORCROSS, District Judge.

This is an appeal from decrees entered by the court below in three suits consolidated for trial and appeal. This appeal presents questions precisely of the same character considered in 66 F.(2d) 999, this day decided. The reasons stated in the opinion filed in that case are controlling in this case.

The decree is reversed, and case remanded to the District Court, with directions to dismiss the same for want of necessary party or parties, unless the plaintiffs within a reasonable time amend their complaint to bring in such necessary party or parties, and to take further proceedings not inconsistent with the views expressed in the opinion of this court.